ADAMS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Case No. 1:06CR457 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| Anthony Rawls, | ) | |
| | ) | |
| Defendant(s). | ) | |

    A report and recommendation of Magistrate Judge James S. Gallas has filed in this matter recommending that the above defendant's plea of guilty be accepted and a finding of guilty be entered by this Court.

    The Court hereby adopts Magistrate Judge Gallas' Report and Recommendation and accepts the defendant's plea of guilty and enters a finding of guilty.

    IT IS SO ORDERED.


Date: January 5, 2007                           *s/John R. Adams*
                                                         John R. Adams
                                                         U.S. District Judge